Court of Appeal Number: 04-15-00219-CV, Trial Court No. 2014-CV-0393
and companion case
Court of Appeal Number: 04-15-00218-CV, Trial Court No: 2014-CV-0392

| | | |
|---|---|---|
| **DAVID GOAD** | § | IN THE FOURTH COURT |
| **Appellant,** | § | |
| **v.** | § | |
| | § | OF APPEALS |
| **JAMIE OSBORNE** | § | |
| **&** | § | |
| **ERIC STREY** | § | |
| **Appellee's.** | § | SAN ANTONIO, TEXAS |

## SECOND REQUEST FOR MORE TIME

Appellant, David Goad, makes this second request for more time to file his brief for the following reasons:

1. Appellant has previously explained to the court that he suffered a stroke back in 2009 with subsequent heart surgery in 2010.

2. Appellant is disabled as defined under the Americans with Disabilities Act.

3. In February of 2009, appellant went into atrial fibrillation (a-fib) as a result of being tortured; the stroke came shortly thereafter. This left appellant with post traumatic stress disorder (PTSD).

4. Appellant has symptoms of dementia. Attached and incorporated herein along with other exhibits please find **Exhibit "A."** This is an article relating mental decline due to a-fib.

5. See **Exhibit "B"** a 2010 letter from Texas Cardiac Arrhythmia. This letter documents a heart rate of 261 beats per minute (bpm). This was a device (Holter monitor) used for two days that was able to record a much high heart rate than other monitering eqipment. However, this is not even close to the much higher rates the appellant frequently endured, rates so high the monitoring equipment the appellant used would display "ERROR." It is believed that appellant's heart rate exceeded 300 bpm on these occasions and these

episodes lead to the discovery of the appellant's PTSD. Mainly, but not always, during certain events or in certain environments the heart rate would skyrocket.

6. The PTSD was discovered when the Holter monitor was in place. This documented the appellant's heart rate more than doubling when he entered a certain environment. At times the heart rate tripled, but this is not documented on a Holter monitor. Rather, it is estimated based upon the condition the appellant was in, for example, the appellant would pass-out and fall to the ground or have to sit down immediately. The 251 bpm recorded on the Holter monitor only caused a brief delay in walking.

7. Not only did the appellant have a-fib and a runaway heart rate, he also had flutter, see **Exhibit "C."** I can only say that death felt eminent on a daily bases.

8. **Exhibit "D"** is the most current letter from a physician.

## SUMMARY

9. Just in September, appellant has briefs due in this court (4th court of appeals), the Texas Supreme Court 15-0663, and the Fifth Circuit Court of Appeals USDC No. 5:14-CV-813. Additionally, a critical emergency motion was to be in the hands of the Western District Court in San Antonio on July 20, 2015. Since July 17, 2015, the appellant has suffered a severe setback that has stopped him in his tracks. Since the 17th of July he has only been able to write approximately 10 pages in total, all for "more time," believing health will quickly improve. Health has not improved and it is not known when it will improve to a level that will allow the appellant the capacity to complete his work. Each time a court threatens the appellant with a dismissal it exacerbates the health issue.

Although the surgery was a success, it did not alter the underling cause of the appellant's illness and the a-fib does reoccur.

## REQUEST

Appellant asks the court again to provide additional time to complete the brief. He respectfully asks that he be allowed to provide notice to the court in 30 days time regarding his ability to complete the brief as his health concerns have made deadlines all but impossible to meet.

## DECLARATION

I, David Goad, if requested to do so, could and would competently testify under oath, based upon my personal knowledge, to the matters stated herein:

The information provided in the attached SECOND REQUEST FOR MORE TIME is true.

I freely swear under the penalty of perjury under the Laws of the United States of America that my above statements are true and correct to the best of my knowledge.

August 3, 2015                          Respectfully submitted and attested to,

                                        _____
                                        DAVID GOAD, Plaintiff *pro se*
                                        1154 Rivertree Drive
                                        New Braunfels, Texas 78130
Please notice new phone number          512-730-0762


## CERTIFICATE OF SERVICE

The undersigned certifies that on September 10, 2015, this SECOND REQUEST FOR MORE TIME was served on all parties in accordance with Texas Rules of Civil Procedure as set out herein below:

Jeremy R. Sloan, Esq.
16500 San Pedro., Suite 410
San Antonio, Texas 78232
U.S. Mail

                                        _____
                                        David Goad

Brought to you by
**Everyday Health**

# Racing Heartbeat Can Speed Mental Decline

By Jennifer J. Brown, PhD, @jjunebrown

**The rapid, irregular heartbeat of atrial fibrillation is linked to earlier dementia.**



Monday, January 13, 2014

People who have atrial fibrillation develop dementia at younger ages than those without Afib, finds a new study that shines a light on the relationship between heart health and brain health. The research was published in Neurology.

Atrial fibrillation, also called Afib, is a common heart condition in which the heartbeat becomes irregular, putting a person at higher risk for stroke and heart failure. In the aging U.S. population, both Afib and dementia are on the rise. Stroke is known to affect brain function and cause disability, but the effect of the Afib that comes before stroke has not been clear.

"I have been interested in the overlap between heart health and brain health for a long time," said Evan Thacker, PhD, an epidemiologist and author of the study, who is on the staff of the Cardiovascular Health Research Unit at the University of Alabama at Birmingham.

The connections between Afib and brain function are now coming into focus, said Dr. Thacker. "We studied atrial fibrillation in particular because several studies in the past showed cognition test scores were lower at one point, but did not track scores over time as people got older," he explained. "As people get into their seventies, eighties and nineties, scores tend to go down, and we wanted to see if that would be true for patients with atrial fibrillation as well. As people's cardiovascular systems become less healthy, they need to think about the impact on the rest of the body."

### The Heart Health-Brain Health Link

The new study followed 5,150 healthy participants, aged 65 and up, for an average of seven years, and found that 552 of them developed Afib, 11 percent of the group. To screen for brain function, participants took a test of memory, orientation, calculation and verbal fluency each year; scores below 78 correct out of 100 pointed to possible dementia. Over time, scores went down more rapidly for people with Afib after they reached age 75, by an average of two points every five years.

As they aged, people who were diagnosed with Afib developed dementia two years earlier on average, at age 85, compared with age 87 for people without Afib. People who were diagnosed with stroke were not included in the study, so the acceleration of dementia was not thought to be due to stroke. But in the patients who had Afib, silent strokes caused by undetected clots may account for some decline in brain function. People who developed Afib in the study were more likely to have other heart conditions, including:

- hypertension
- coronary heart disease
- heart failure

### Treat the Heart Problem, Save the Brain?

It's possible that any or all of these heart conditions influence brain function. What's clear is that heart health and brain health are connected as we age, according to Thacker: "One of the reasons people with atrial fibrillation get cognitive decline may be due to small blood clots in the brain. Taking blood thinners may help, like they help prevent a stroke." He added that investigators hope to figure out which heart or blood clot or other medications may prevent loss of brain function in the coming years.

Cardiologist William Abraham, MD, an Everyday Health columnist, Professor of Internal Medicine and Chief of the Division of Cardiovascular Medicine at The Ohio State University College of Medicine in Columbus, put the findings into practical perspective, "Atrial fibrillation is often a result of high blood pressure, so controlling high blood pressure may be a way to avoid both atrial fibrillation and the



associated earlier dementia. Moreover, once atrial fibrillation occurs, the present findings support a more aggressive approach to treatment (cardioversion or atrial fibrillation ablation) as another possible way to avoid earlier dementia."

The mental decline of dementia has been linked to aging, and so has atrial fibrillation. But dementia is not a normal part of aging. Instead, it is a set of symptoms including decreased brain functioning, changes in memory and language skills and, sometimes, delusions and hallucinations. Earlier dementia is a heavy burden for the aging patient and caretakers. Patients with dementia often need care 24 hours a day, and they may require constant supervision in order to remain safe. If further research supports Thacker's findings, treating heart conditions like Afib, high blood pressure, and heart failure could help lessen the dementia burden.

Last Updated: 1/13/2014

Copyright © 2014 Everyday Health Media, LLC

The material on this web site is provided for educational purposes only, and is not to be used for medical advice, diagnosis or treatment. See additional information. Use of this site is subject to our terms of use and privacy policy.

This site complies with the HONcode standard for trustworthy health information: verify here.



Texas Cardiac Arrhythmia

A Division of Cardiovascular Specialists of Texas, PA

3000 N. IH 35.  Ste 700 Austin, TX 78705
(512) 807-3150   Fax (512)-458-7879

16 August, 2010

To Whom It May Concern:

Mr. Goad is currently under my care for a severe cardiac disturbance.  We have now scheduled his surgery for a second time on; August 19, 2010.

Due to Mr. Goad's heart condition, he is unable to work and his driving privileges have been revoked by the State of Texas.  In February 2010, we documented Mr. Goad's heart rate at 261 beats per minute.  This extremely high heart rate seemed to occur on a daily basis.

Moreover, related to his ongoing medical problems, Mr. Goad has been prescribed multiple medications.  The side effects warn of; vertigo, dizziness, tiredness fatigue, disorientation, clumsiness and more.

It is my professional opinion Mr. Goad is compromised and should be relieved of any duties placed upon him until further notice.  I believe Mr. Goad will be released from this restriction approximately 30 days after his surgery.

Rodney P. Horton, MD
Texas Cardiac Arrhythmia

Exhibit "B"



3000 N. IH 35. Ste 700 Austin, TX 78705
(512) 807-3150   Fax (512)-458-7879

October 26, 2011

RE:  David Goad DOB 1/16/57

To whom it may concern,

This letter serves to document Mr. David Goad's previously documented diagnosis of atrial fibrillation and atrial flutter.   These abnormal cardiac arrhythmias cause erratic and rapid electrical conduction in the heart leading to severe symptoms and a potential decrease in cardiac output.   Mr. Goad's symptoms included profound fatigue, heart palpitations, dizziness and shortness of breath.   These symptoms have been debilitating for him.

Respectfully,

Rodney P. Horton, MD

*Exhibit "C"*





## CHRISTUS®
## SANTA ROSA MEDICAL GROUP
Family Medicine
*Bulverde*

Claudio C. Toledo, M.D.
CSRMG
19851 State Hwy 46W
Spring Branch, TX 78070
(830)438-8866

April 20, 2015

To Whom It May Concern,

Mr. David Goad (DOB: 01/16/1957) has a medical condition which prevents him from working pending completion of diagnostic studies and definitive treatment.

In addition because of the nature of his cardiac condition, I recommend that he be allowed to be seated when necessary, as acute flare ups are episodic, and that some leniency be allowed regarding scheduling of appointments and proceedings.

Sincerely,

Claudio Toledo, M.D.

*Exhibit "O"*